# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE LEAPLEY, CELINA FIGUEROA DE CONTRERAS, and JURITHZY CONTRERAS on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MILK SPECIALTIES COMPANY d/b/a ACTUS NUTRITION,<br><br>Defendant. | Case No. 8:25-cv-00692-JFB-JMD<br><br><br>**JOINT MOTION TO STAY CASE PENDING MEDIATION** |

COME NOW Milk Specialties Company d/b/a Actus Nutrition ("Defendant") and Plaintiffs Connie Leapley, Celina Figueroa De Contreras, and Jurithzy Contreras (hereafter, "Plaintiffs"), by and through their respective attorneys, and hereby move the Court to stay this case, including Defendant's responsive pleading deadline and all other filings, to afford an opportunity for the parties to immediately proceed to mediation. In support of their Joint Motion, the parties state as follows:

1. On December 4, 2025, Plaintiffs filed their Complaint. (ECF No. 1.)

2. The original deadline for Defendant to file its responsive pleading to Plaintiffs' Complaint was Monday, January 26, 2026.

3. On January 22, 2026, the parties filed a Joint Motion to Extend Deadline for Defendant to file its responsive pleading. (ECF No. 21).

4. On January 22, 2026, the Court granted the Motion and the Defendant's responsive pleading is due on or before February 9, 2026. (ECF No. 22).

5. The parties are interested in mediating this case now in an attempt to resolve their dispute without further litigation.

6. To enable the parties to explore settlement through early mediation without expending additional time and resources associated with complying with the pending responsive pleading deadline, the parties agree that briefing and all other filings should be temporarily stayed pending mediation.

7. In the event that the parties are unable to reach a resolution through mediation, within seven (7) days of the mediation, the parties will present a new proposed joint scheduling plan, including dates by which Defendant must file its responsive pleading and any other matter impacted by this Motion to Stay.

8. Granting this Motion will not prejudice any party. The requested stay is limited in scope and duration and is sought jointly by the parties for the purpose of facilitating early, good faith-settlement efforts through mediation.

WHEREFORE, Defendant and Plaintiffs respectfully request that the Court enter an Order deferring the briefing and filings in this case in accordance with the above request.

Dated: February 6, 2026      MILK SPECIALTIES COMPANY d/b/a ACTUS NUTRITION, Defendant.

By: */s/ Marnie A. Jensen*
    Marnie A. Jensen (#22380)
    HUSCH BLACKWELL LLP
    14606 Branch Street, Suite 200
    Omaha, NE 68154
    Telephone: (402) 964-5000
    Facsimile: (402) 964-5050
    marnie.jensen@huschblackwell.com

    Michael Klebanov
    *Admitted Pro Hac Vice*
    1801 Pennsylvania Avenue, NW
    Suite 1000
    Washington, DC 20006
    Telephone: (202) 378-2363
    Facsimile: (202) 378-2319
    michael.klebanov@huschblackwell.com

    *Attorneys for Defendant*

Dated: February 6, 2026

CONNIE LEAPLEY, CELINA FIGUEROA DE CONTRERAS, and JURITHZY CONTRERAS, Plaintiffs

By: */s/ Karen Bailey*
Karen Bailey
BAILEY LAW, PC, L.L.O.
12830 Augusta Avenue
Omaha, NE 68144
Telephone: (402) 671-0344
classaction@baileylawpc.com

Steven D. Liddle
*Admitted Pro Hac Vice*
Laura L. Sheets
*Admitted Pro Hac Vice*
Reed Solt
*Admitted Pro Hac Vice*
LIDDLE SHEETS P.C.
975 E. Jefferson Avenue
Detroit, MI 48207-3101
Telephone: (313) 392-0015
SLiddle@lsclassaction.com
LSheets@lsclassaction.com
RSolt@LSclassaction.com

*Attorneys for Plaintiffs and Class*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February 2026, a copy of the foregoing, was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all parties of record.

*/s/ Marnie A. Jensen*