IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE LEAPLEY, on behalf of themselves, and all others similarly situated; CELINA FIGUEROA DE CONTRERAS, on behalf of themselves, and all others similarly situated; and JURITHZY CONTRERAS, on behalf of themselves, and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>MILK SPECIALTIES COMPANY,<br><br>Defendant. | **8:25CV692**<br><br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims. *See* Filing No. 28.

Accordingly,

IT IS ORDERED:

1) The joint stipulation, Filing No. 28, is adopted. All deadlines, including the responsive pleading deadline, remain stayed.

2) On or before **September 16, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

3) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

4) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 29th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge